IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEMONTA RENNA McBROOM,

    Petitioner,                      No. CIV S-06-1796 FCD KJM P

    vs.

ROBERT AYERS, Warden, et al.,

    Respondents.                  <u>ORDER</u>

         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

         Petitioner is incarcerated in San Quentin State Prison; he challenges the warden's refusal to release him on the date set as his ISL (Indeterminate Sentence Law) release date. San Quentin State Prison is in an area embraced by the United States District Court for the Northern District of California.

         Pursuant to 28 U.S.C. § 2241(d), the District Court in the district of confinement has concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner challenges the inaction of the Board of Parole Hearings, which holds hearings where the inmate is confined, and because petitioner is not presently confined here, this court does not have jurisdiction to entertain the application.

1

1         Accordingly, in the interests of justice, IT IS HEREBY ORDERED that this

2 matter is transferred to the United States District Court for the Northern District of California.

3 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

4 DATED: November 3, 2006.

                                            _____
                                            U.S. MAGISTRATE JUDGE

2
mcbr1796.108